United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LUIS ALBERTO CASTANEDA and ESTHER ALICIA CASTANEDA, DEBTORS** | § § § | **CASE NO. 20-35854** <br> **CHAPTER 7** |
| **MATTHEW MCCLUNG,** <br>       Plaintiff | § § § § | |
| vs. | § § | |
| **LUIS ALBERTO CASTANEDA and ESTHER ALICIA CASTANEDA, DEBTORS** | § § § § | **ADVERSARY CASE NO. 21-03051** |

## ORDER FOR TURNOVER OF PROPERTY

(ECF No. 46)

On this day come on for consideration the Motion for Turnover of Property from Luis Alberto Castaneda and Esther Alicia Castaneda (the "**Motion**") filed by Plaintiff and Judgment Creditor, Matthew McClung in the above referenced bankruptcy case and after considering the Motion and the exhibits thereto, the Court is of the opinion and finds that the notice of the Motion was in all respects proper and no further notice is necessary, and that the Motion is well taken and should be GRANTED. Accordingly, it is

ORDERED ADJUDGED AND DECREED that the Motion is GRANTED.

Further it is ORDERED ADJUDGED AND DECREED that Luis Alberto Castaneda and Esther Alicia Castaneda shall turn over to Matthew McClung their claim immediately in *998 Qin Family I, LLC v United States (In re Upstream Addicks and Barker (Texas) Flood Control Reservoirs*, Case No. 1:18-cv-00855-CFL, US Court of Claims ("**Upstream Claim**") or the proceeds thereof when received in the amount of up to $137,500.00 plus interest at the Federal post judgment rate of 0.544% (as of October 25, 2023).

Further it is ORDERED ADJUDGED AND DECREED that if the proceeds of the Upstream Claim are paid to counsel, Edwin Armistead "Armi" Easterby of Williams

Kherkher Hart Boundas, LLP or his firm, Mr. Easterby shall turnover to Matthew McClung the Casteneda's proceeds from their Upstream Claim when received.

      Further it is ORDERED that this turnover is subject to any homestead claims that the debtors may make at the future date the turnover occurs. The Court retains jurisdiction to enforce and interpret this order.  The motion at ECF No. 52 is now moot.

Signed: October 25, 2023

Jeffrey P. Norman  
United States Bankruptcy Judge

Approved to in form by:

**JOHN AKARD, JR.**  
State Bar No. 00790212  
**COPLEN & BANKS, P.C.**  
11111 McCracken, Suite A  
Cypress, TX 77429  
Telephone: 832-237-8600  
Telecopier: 832-237-2088  
**ATTORNEYS FOR MATTHEW MCCLUNG**

Order for Turnover of Property of  
Luis Alberto Castaneda and Esther Alicia Castaneda  
*McClung vs. Castanedas*; Adversary No. 21-03051  
Page 2 of 2